**EXHIBIT "A"**

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Andy Van Le, Esq. (SBN 214177)<br>Law Office of Andy Van Le & Associates, PC<br>1551 Fourth Avenue, Suite 102<br>San Diego, CA 92101<br>TELEPHONE NO: (619) 525-0001   FAX NO. (Optional): (619) 525-0009<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Gayann Greene | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**03/23/2021** at 02:43:00 PM<br>Clerk of the Superior Court<br>By Melinda McClure, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF: Gayann Greene

DEFENDANT: Sprouts Farmers Market, Inc.; SF Markets, LLC; and

[✓] DOES 2 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
   [✓] **AMENDED** *(Number):* First
Type *(check all that apply):*
[✓] **MOTOR VEHICLE**  [ ] **OTHER** *(specify):*
   [ ] Property Damage  [ ] Wrongful Death
   [✓] Personal Injury  [ ] Other Damages *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded [ ] does not exceed $10,000<br>                              [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | 37-2021-00001367-CU-PO-CTL |

1. **Plaintiff** *(name or names):* Gayann Greene
   alleges causes of action against **defendant** *(name or names):*
   Sprouts Farmers Market, Inc.; SF Markets, LLC, previously named and sued as Doe 1; and Does 2-100
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use     **COMPLAINT—Personal Injury, Property**     Code of Civil Procedure, § 425.12
Judicial Council of California                                                   **Damage, Wrongful Death**                          www.courtinfo.ca.gov
PLD-PI-001 [Rev. January 1, 2007]

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gayann Greene v. Sprouts Farmers Market, Inc.; et al. | 37-2021-00001367-CU-PO-CTL |

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Sprouts Farmers Mkt.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☑ **except** defendant *(name):* SF Markets, LLC
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☑ other *(specify):*
         Limited Liability Company

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 2-100 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 2-100 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gayann Greene v. Sprouts Farmers Market, Inc.; et al. | 37-2021-00001367-CU-PO-CTL |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify):*

    Pre and post judgment interest such other and further relief as this court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: March 23, 2021

Andy Van Le, Esq.
(TYPE OR PRINT NAME)                                             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]           **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**           Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gayann Greene v. Sprouts Farmers Market, Inc., et al. | 37-2021-00001367-CU-PO-CTL |

<u>  First  </u>     **CAUSE OF ACTION—General Negligence**    Page <u>  4  </u>
   (number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Gayann Greene

    alleges that defendant *(name):* Sprouts Farmers Market, Inc.; SF Markets, LLC; and

       [✓] Does   2   to   100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* February 12, 2019
at *(place):* Sprouts store located at or about 4439 Genesee Avenue in San Diego, California

*(description of reasons for liability):*

On or about the above referenced date, Plaintiff was a patron and invitee at Defendants' premises As she was at the premises, Defendants' employee Doe 2 collided into Plaintiff with a cart and caused her injuries and harm. Defendants had a duty to maintain their premises in a safe and secure manner, avoid injury to its invitees, and warn against any dangerous conditions. Defendants breached that duty by creating a dangerous condition, colliding into Plaintiff and injuring her, failing to warn of such danger, and otherwise failing to properly maintain a safe and secure premises. As a direct and proximate result of this incident of Defendants' negligence, Plaintiff suffered bodily injuries and other damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gayann Greene v. Sprouts Farmers Market, Inc., et al. | 37-2021-00001367-CU-PO-CTL |

Second _____ **CAUSE OF ACTION—Premises Liability**   Page __5__
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* Gayann Greene
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* February 12, 2019   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*

Plaintiff was a patron and invitee at Defendants' premises. As she was at the premises, Defendants' employee Doe 2 collided into Plaintiff with a cart and caused her injuries and harm. Defendants had a duty to maintain their premises in a safe and secure manner and to warn against any dangerous condition on its premises. Defendants breached that duty by creating a dangerous condition, failing to warn of such danger, and failing to properly maintain a safe premises. As a direct and proximate result, Plaintiff suffered bodily injuries & damages.

**Prem.L-2.**   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Sprouts Farmers Market, Inc.; SF Markets, LLC; and

   [✓] Does 2 to 100

**Prem.L-3.**   [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

   [✓] Does 50 to 100
Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

**Prem.L-4.**   [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

   [✓] Does 50 to 100
   a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5. a.** [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Sprouts Farmers Market, Inc.; SF Markets, LLC; and

   [✓] Does 2 to 100

   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
       [ ] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Andy Van Le, Esq. (SBN 214177) <br> Law Office of Andy Van Le & Associates, PC <br> 1551 Fourth Avenue, Suite 102 <br> San Diego, CA 92101 <br> TELEPHONE NO: (619) 525-0001   FAX NO. (Optional): (619) 525-0009 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff Gayann Greene | FOR COURT USE ONLY <br><br> **ELECTRONICALLY FILED** <br> Superior Court of California, <br> County of San Diego <br><br> **01/12/2021** at 05:52:09 PM <br><br> Clerk of the Superior Court <br> By Yvette Mapula, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF: Gayann Greene

DEFENDANT: Sprouts Farmers Market, Inc.; and

[✓] DOES 1 TO 100

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[✓] MOTOR VEHICLE   [ ] OTHER (specify):
[ ] Property Damage   [ ] Wrongful Death
[✓] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: 37-2021-00001367-CU-PO-CTL

1. Plaintiff (name or names): Gayann Greene
   alleges causes of action against defendant (name or names):
   Sprouts Farmers Market, Inc.; and Does 1-100
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

2

PLD-PI-001

| SHORT TITLE: Gayann Greene v. Sprouts Farmers Market, Inc.; et al. | CASE NUMBER: |
|---|---|

4. ☐ **Plaintiff** *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant *(name):* Sprouts Farmers Mkt.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers):* 1-100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers):* 1-100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 2 of 3

3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Gayann Greene v. Sprouts Farmers Market, Inc.; et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify)*:
        Pre and post judgment interest such other and further relief as this court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: January 12, 2021

Andy Van Le, Esq.
_____
(TYPE OR PRINT NAME)

▶ _/s/_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

4

PLD-PI-001(2)

| SHORT TITLE: Gayann Greene v. Sprouts Farmers Market, Inc., et al. | CASE NUMBER: |
|---|---|

First _____ **CAUSE OF ACTION—General Negligence**   Page ___4___
(number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Gayann Greene

alleges that defendant *(name):* Sprouts Farmers Market, Inc.; and

[✓] Does  1  to  100

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* February 12, 2019
at *(place):* Sprouts store located at or about 4439 Genesee Avenue in San Diego, California

*(description of reasons for liability):*

On or about the above referenced date, Plaintiff was a patron and invitee at Defendants' premises As she was at the premises, Defendants' employee Doe 1 collided into Plaintiff with a cart and caused her injuries and harm. Defendants had a duty to maintain their premises in a safe and secure manner, avoid injury to its invitees, and warn against any dangerous conditions. Defendants breached that duty by creating a dangerous condition, colliding into Plaintiff and injuring her, failing to warn of such danger, and otherwise failing to properly maintain a safe and secure premises. As a direct and proximate result of this incident of Defendants' negligence, Plaintiff suffered bodily injuries and other damages.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

5

|  | PLD-PI-001(4) |
|---|---|
| SHORT TITLE: Gayann Greene v. Sprouts Farmers Market, Inc., et al. | CASE NUMBER: |

__Second__ **CAUSE OF ACTION—Premises Liability**   Page __5__
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Gayann Greene
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* February 12, 2019   plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

Plaintiff was a patron and invitee at Defendants' premises.  As she was at the premises, Defendants' employee Doe 1 collided into Plaintiff with a cart and caused her injuries and harm.  Defendants had a duty to maintain their premises in a safe and secure manner and to warn against any dangerous condition on its premises.  Defendants breached that duty by creating a dangerous condition, failing to warn of such danger, and failing to properly maintain a safe premises.  As a direct and proximate result, Plaintiff suffered bodily injuries & damages.

Prem.L-2.   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Sprouts Farmers Market, Inc.; and

[✓] Does 1 to 100

Prem.L-3.   [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[✓] Does 50 to 100

Plaintiff, a recreational user, was   [ ] an invited guest   [ ] a paying guest.

Prem.L-4.   [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[✓] Does 50 to 100

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
Sprouts Farmers Market, Inc.; and

[✓] Does 1 to 100

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Page 1 of 1

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

6